UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAURICE LAMAR GIBSON,

    Plaintiff,

v.                                            Case No.:   2:22-cv-729-SPC-NPM

NESBIT,

    Defendant.
_____/

## ORDER

Plaintiff Maurice Lamar Gibson filed this action *pro se* in November 2022. On December 30, 2022, United States Magistrate Judge Nicholas Mizell denied Gibson's motion for leave to proceed *in forma pauperis* because it did not satisfy 28 U.S.C. § 1915(a)(2), ordered Gibson to file a complete motion within 21 days of the order, and cautioned that the Court might otherwise dismiss this action. Gibson did not comply. Accordingly, this action is **DISMISSED without prejudice** for failure to prosecute. *See* M.D. Fla. 3.10. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment against Plaintiff, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this on February 2, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record